IDA WRENN V. THE STATE.

No. 21888. Delivered February 4, 1942.

The opinion states the case.

*B. R. Reeves,* of Palestine, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for possessing whisky in a container to which no tax stamp was affixed. Punishment assessed was a fine of $100.00.

Appellant entered a plea of guilty, notwithstanding which the case is brought to this court by a record which contains neither statement of facts nor bills of exception. In this condition of the record nothing is presented for review.

The judgment is affirmed.